**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| GEORGE R. JARKESY, JR. *et al.*<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>Defendant. | Civil Action No. 14-114 (BAH) |

## ORDER

Upon consideration of the plaintiffs' Motion for Preliminary and Permanent Injunction, ECF No. 3, Motion to Expedite, ECF No. 3, and Motion for Leave to File First Amended Complaint, ECF No. 16, the related legal memoranda in support and in opposition, the exhibits and declarations attached thereto, the arguments made on the record during the hearing held before this Court on January 31, 2014, and the entire record herein, for the reasons set forth in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that, because this Court does not have subject matter jurisdiction over the plaintiffs' claims, this matter is DISMISSED without prejudice, pursuant to Federal Rule of Civil Procedure 12(h)(3); and it is further

**ORDERED** that the plaintiffs' Motion for Leave to File a First Amended Complaint is DENIED because such amendments would be futile; and it is further

**ORDERED** that the plaintiffs' Motions for Preliminary and Permanent Injunctive Relief and Motion to Expedite are DENIED as moot; and it is further

**ORDERED** that the Clerk of the Court close this case.

**SO ORDERED**

Date: June 10, 2014

*This is a final and appealable Order.*

_____
BERYL A. HOWELL
United States District Judge